IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Janice Denese Lewis,<br>　　　　　　Plaintiff,<br>vs.<br>Andrew Saul,[1] Commissioner<br>of Social Security,<br>　　　　　　Defendant. | Civil Action No. 1:18-cv-2451-CMC<br><br>**ORDER** |

Upon consideration of the Stipulation filed by the parties on February 12, 2020, it is hereby

ORDERED that Plaintiff, Janice Denese Lewis, is awarded attorney's fees under the EAJA in the amount of Six Thousand Two Hundred Dollars ($6,200.00), as well as $21.27 in expenses and $400 in costs. These attorney's fees, costs, and expenses will be paid directly to Plaintiff, Janice Denese Lewis, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney's fees in this Order to the extent necessary to satisfy such debt(s).

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　s/Cameron McGowan Currie
　　　　　　　　　　　　　　　　　　　　CAMERON MCGOWAN CURRIE
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Columbia, South Carolina
February 19, 2020

---

[1] As noted by Defendant, Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).